UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PHILLIP KNIGHT**                                            **CIVIL ACTION**

**VERSUS**                                                    **NO. 07-1272**

**RICHARD FORMEN**                                            **SECTION "T" (6)**

## ORDER

Currently before the Court is a Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 14).  Objections to the Report and Recommendations have not been timely filed.  The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, hereby adopts the July 13, 2007, Report and Recommendation of United States Magistrate Judge Louis Moore as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that Petitioner's habeas corpus action brought pursuant to 28 U.S.C § 2254 is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the pending Motion to Appoint Counsel (Rec. Doc. 17)

is denied as MOOT.

New Orleans, Louisiana this 17th day of August , 2007.

_____
**G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE**