UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


PHILLIP KNIGHT                                                    CIVIL ACTION

VERSUS                                                            NO. 07-1272

RICHARD FORMEN                                                    SECTION "T" (6)


Before the Court is a Motion To Reconsider this Court's September 19, 2007 Order denying the petitioner's request for a Certificate of Appealability (Rec. Doc. 23). The Court, having considered the arguments of the parties, the Court record, the law and applicable jurisprudence, is fully advised in the premises and ready to rule.

## ORDER AND REASONS

**I. BACKGROUND**

On May 20, 1987, Petitioner was convicted of aggravated crime against nature in the Louisiana Twenty-Fourth Judicial District Court, Parish of Jefferson and was sentenced to ten (10) years imprisonment without the benefit of parole, probation or suspension of sentence on August 6, 1987. Petitioner was granted an automatic first offender pardon on October 14, 1998, having completely served his sentence.

On March 14, 2007, Petitioner filed a *habeas corpus* action in this Court pursuant to 28 USC § 2254 challenging his 1987 conviction for the aggravated crime against nature arguing that there was insufficient evidence to convict him. The State filed responsive pleadings asserting lack of subject matter jurisdiction because Petitioner had completed the sentence he was given. Accordingly, the State maintained, *inter alia,* that Petitioner was no longer "in custody" for the conviction he challenged, as required pursuant to 28 USC § 2254 for federal *habeas* to be maintained.

The application was referred to the Magistrate Judge. The Magistrate reviewed the issue of subject matter jurisdiction and issued a report and recommendation recommending that the Petitioner's *habeas* request be denied because the court lacked federal jurisdiction.  *See* Rec. Doc. 14.  The Magistrate Judge, in accordance with the US Supreme Court's decision in *Maleng v. Cook*, 490 US 488, 109 S. Ct. 1923, 1924, 194 L Ed. 2d 540 (1989), found that since Petitioner received his first offender pardon for this crime on October 30, 1998, the sentence imposed for his conviction had expired.  Therefore, the Magistrate concluded that Petitioner could not bring the federal *habeas* claims for relief from his conviction for the crime of aggravated crime against nature because at the time he filed his federal application, he was not "in custody" for that crime. Rec. Doc. 14 at p. 4.  On August 17, 2007, the undersigned reviewed the Magistrate's report and recommendation, entered an Order adopting the report and recommendation (Rec. Doc. 18), and entered a Judgment denying Petitioner *habeas* relief. (Rec. Doc. 19).

A Notice of Appeal was filed by Petitioner on September 4, 2007 and on September 19, 2007, this Court denied petitioner's request for Certificate of Appealability.  Petitioner now

requests this Court to reconsider its ruling.

Under Rule 59 of the Federal Rules of Civil Procedure, a district court enjoys considerable discretion in granting or denying a motion for reconsideration. See, <u>First Commonwealth Corp. v. Hibernia Nat. Bank of New Orleans</u>, 891 F.Supp. 290 (E.D.La. 1995), amended 896 F.Supp. 634, affirmed 85 F.3d 622.  There are three grounds upon which a Court may grant a Rule 59 motion for reconsideration or to alter or amend the judgment: (1) intervening change in the controlling law has occurred,  (2) evidence not previously available becomes available, or (3) it is necessary to correct clear error of law or prevent manifest injustice.  <u>Database America, Inc. v. Bellsouth Advertising & Pub. Corp.</u>  825 F.Supp. 1216 (D.N.J. 1993).

Plaintiff's motion simply reiterates his request for Certificate of Appealability, which this Court has previously denied.  As the plaintiff has not established any of the grounds which would entitle him to a reconsideration of his request, plaintiff's motion is DENIED.

Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration, filed on behalf of the Plaintiff, is hereby **DENIED**.

New Orleans, Louisiana, this 30th day of November, 2007

_____
**G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE**